UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Case Number: 3:16CR68 |
| | ) | |
| ISAIAH DEONTE JOVAN BEAVERS | ) | 18 U.S.C. §§ 844(e), 875(c) |

**THE GRAND JURY CHARGES**:

Count 1

On or about the 7th day of July, 2016, in the Northern District of Indiana, the defendant,

ISAIAH DEONTE JOVAN BEAVERS,

through the use of the internet, an instrument of interstate commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an alleged attempt being made or to be made, to kill, injure and intimidate any individual, and to unlawfully damage and destroy a building, vehicle, and other real or personal property, by means of fire and explosive.

All in violation of Title 18, United States Code, Section 844(e).

1

**THE GRAND JURY FURTHER CHARGES:**

Count 2

On or about the 9th day of July, 2016, in the Northern District of Indiana, the defendant,

ISAIAH DEONTE JOVAN BEAVERS,

knowingly transmitted in interstate and foreign commerce from the State of Indiana to one or more locations outside the State of Indiana, an electronic communication to another, specifically a Facebook posting which contained a threat to injure the person of another, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat.

All in violation of Title 18, United States Code, § 875(c).

A TRUE BILL:

/s/Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

/s/Kenneth M. Hays
Kenneth M. Hays
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
M 01 Federal Building
204 South Main Street
South Bend, Indiana 46601
Tel:   (574) 236-8287
Fax:   (574)236-8155
Email: Kenneth.hays@usdoj.gov

2